# CASE ANNOUNCEMENTS
## *February 28, 2014*

[Cite as *02/28/2014 Case Announcements*, 2014-Ohio-707.]

## MOTION AND PROCEDURAL RULINGS

**2013–0796.  State v. Campbell.**
Franklin C.P. No. 97CR–04–2020. This cause is pending before the court as a death-penalty appeal from the Court of Common Pleas of Franklin County.

Upon consideration of appellant's application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

It is further ordered that a mandate be sent to and filed with the clerk of the Court of Common Pleas of Franklin County.

**2013–2005.  Duke Realty Ohio v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2012–1268. This cause is pending before the court as an appeal from the Board of Tax Appeals.

Upon consideration of the joint motion to remand this case to the Board of Tax Appeals to implement the settlement agreement, it is ordered by the court that the motion is granted and this case is remanded to the Board of Tax Appeals so that the board may take further action as appropriate.

It is further ordered that a mandate be sent to the Board of Tax Appeals to carry this judgment into execution and that a copy of this entry be certified to the Board of Tax Appeals.

# CASE ANNOUNCEMENTS
## *March 4, 2014*

[Cite as *03/04/2014 Case Announcements*, 2014-Ohio-774.]

## DISCIPLINARY CASES

**2014–0136.  Lorain Cty. Bar Assn. v. Johnson.**
This matter came on for further consideration upon the filing of a motion in support of interim default suspension by relator, Lorain County Bar Association, on February 12, 2014.

Upon consideration thereof, it is ordered by the court that relator's motion is dismissed as moot.

# CASE ANNOUNCEMENTS
## *March 4, 2014*

[Cite as *03/04/2014 Case Announcements #2*, 2014-Ohio-784.]

## MOTION AND PROCEDURAL RULINGS

**2014–0290.  In re D.P.**
Hamilton App. Nos. C–130293 and C–130298, 2014-Ohio-467. This cause is pending before the court as a jurisdictional appeal.

Upon consideration of appellant's motion for stay of the February 12, 2014 decision of the court of

1426

appeals and the February 20, 2014 decision of the juvenile court, it is ordered by the court that the motion is granted.

O'DONNELL and KENNEDY, JJ., dissent.

# CASE ANNOUNCEMENTS

*March 4, 2014*

[Cite as *03/04/2014 Case Announcements #3*, 2014-Ohio-805.]

## MOTION AND PROCEDURAL RULINGS

**2014–0251.   Ibrahim v. Ibrahim.**
Franklin App. No. 13AP–681, 2013-Ohio-5401. This cause is pending before the court as a jurisdictional appeal.

Upon consideration of appellant's emergency motion for stay, it is ordered by the court that appellee shall file a response, if any, no later than 10:00 a.m. on Thursday, March 6, 2014.

# CASE ANNOUNCEMENTS

*March 5, 2014*

[Cite as *03/05/2014 Case Announcements*, 2014-Ohio-797.]

## MOTION AND PROCEDURAL RULINGS

**2013–1807.   In re Complaint of Toliver v. Vectren Energy Delivery of Ohio, Inc.**
Public Utilities Commission, No. 12–3234–GA–CSS. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio.

Upon consideration of the motion for leave to intervene as appellee of Vectren Energy Delivery of Ohio, Inc., it is ordered by the court that the motion is granted.

